ISABELLE TUTTLE, PLAINTIFF-PETITIONER, v. LEE ABATE GORCICA, T/A JOHN'S BEAUTY SHOP, DEFENDANT-RESPONDENT.

*Messrs. Marcus & Levy* and *Mr. Hyman W. Rosenthal* and *Mr. Harry Chashin,* for the petitioner.

*Mr. John B. Zabriskie* and *Mr. James A. Major,* for the respondent.

June 11, 1951. Denied.

JACK M. KORETZKY, PLAINTIFF-RESPONDENT, CROSS-PETITIONER, v. KULIUS I. KISLAK, ET AL., DEFENDANTS-PETITIONERS, CROSS-RESPONDENTS.

See same case below: 11 *N. J. Super.* 102.

*Messrs. Bilder, Bilder & Kaufman, Mr. Samuel Kaufman* and *Mr. Sanford Freedman,* for the plaintiff-petitioner.

*Messrs. Milton, McNulty & Augelli, Messrs. Platoff & Platoff, Messrs. Carpenter, Gilmour & Dwyer,* for the defendants-petitioners.

June 11, 1951. Granted.